# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HERBERT M. ADAMS, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:23-cv-00108-GZS |
| | ) |
| AROOSTOOK COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING RECOMMENDED DECISION

On April 3, 2023, the Magistrate Judge issued his Order to Show Cause (ECF No. 4) setting a deadline of April 18, 2023, for Plaintiff to show why he had not yet notified the Court as to whether he intended to proceed with this litigation and pay the assessed filing fee.  See ECF No. 3.  On May 3, 2023, the Magistrate Judge issued his Recommended Decision (ECF No. 6), which recommended that this case be dismissed for Plaintiff's failure to respond to the earlier Order to Show Cause.  On June 5, 2023, this Court took the extraordinary step of ordering that these prior orders be mailed to Plaintiff at another address and extending the deadline for him to objection to the Recommended Decision.  See ECF No. 8.

This extended deadline has now passed and no objections have been filed.  The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision (ECF No. 6) is hereby **ADOPTED**.

2. This case is hereby **DISMISSED** for failure to prosecute.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 26th day of June, 2023.